

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 30, 2008

**BY FACSIMILE**

The Honorable Alvin K. Hellerstein
United States District Judge – SDNY
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: <u>Felix Guerrero v. United States</u>
08 Civ. 2880 (LTS)/08 Civ. 3220 (LTS)/05 Cr. 637 (LTS)

Dear Judge Swain:

By Order dated April 28, 2008, the Court directed the Government to file an answer or motion to the above-captioned petition by June 2, 2008. As Your Honor knows, this case involved a plea agreement executed by the defendant in which he waived his right to file a petition pursuant to § 2255. Notwithstanding this, the defendant now raises multiple claims in connection with his plea and sentencing, including effective assistance of counsel. Guerrero is currently serving a mandatory 120-month sentence. The Government is respectfully requesting a 30-day extension of its time to respond, until July 2, 2008. This extension will enable the Government to complete its review of the Government's files in this case, and to discuss Guerrero's factual allegations (to the extent they are discernable) with his prior attorney in order to determine the appropriate response to all of Guerrero's claims. This is the Government's first request for an extension of its time to respond to Guerrero's two petitions.

The request is granted.

SO ORDERED.

_____ 6/2/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Glen G. McGorty
Assistant United States Attorney
(212) 637-2505

cc: Felix Guerrero
    USM No. 57833-054
    LSCT Allenwood
    P.O. Box 1000
    White Deer, Pennsylvania 17887

Copies mailed/faxed to pro se p/a's faxed to AUSA
Chambers of Judge Swain
6-2-08

TOTAL P.02